IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**WILLIAM PARSONS**                                              **PLAINTIFF**

vs.                                    Civil Action No. 4:08-cv-136 HTW-LRA

**UNKNOWN GRIMES, UNKNOWN CASKEY,**
**and DEFENDANT EPPS**                                      **DEFENDANTS**

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that the above-styled and numbered cause is dismissed without prejudice.

**SO ORDERED, this the 29th day of July, 2009.**

                                             s/ HENRY T. WINGATE
                                             CHIEF UNITED STATES DISTRICT JUDGE